UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:16CV-00461-GNS

**JUDY JOHNSON**                                                                                        **PLAINTIFF**

vs.

**UNIFUND CCR PARTNERS**                                                                **DEFENDANT**

## ORDER

Pursuant to the Joint Stipulation of Dismissal With Prejudice (DN 6);

IT IS ORDERED that said action is DISMISSED from the docket with prejudice, with each party to bear its own costs.

**Greg N. Stivers, Judge**
**United States District Court**

October 4, 2016

cc:  Counsel of Record